# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
YDA-AFCON JV ) ASBCA Nos. 58686, 59536, 59537
) 59538, 59539
)
Under Contract No. W912ER-10-C-0045 )

APPEARANCES FOR THE APPELLANT: John M. Cook, Esq.
Daniel D. Rounds, Esq.
Todd M. Garland, Esq.
  Smith Pachter McWhorter PLC
  Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Cara M. Mroczek, Esq.
Aimee L. Rider, Esq.
James A. Wallace, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: March 28, 2019

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58686, 59536, 59537, 59538, 59539, Appeals of YDA-AFCON JV, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2